UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------

JACK ARONS,

        Plaintiff,

-against-

CARDWORKS SERVICING, LLC d/b/a
PRESIDIO/CM, *et al.*,

        Defendants.

------------------------------

Case No: 1:10-CV-326
(Hon. Yvette Kane)

## **ORDER**

AND NOW, this 14th day of April 2010, upon consideration of the Unopposed Motion for Enlargement of Time of Defendant CardWorks Servicing, LLC, incorrectly sued herein as "CardWorks Servicing, LLC d/b/a Presidio/CM," the Motion is GRANTED and this Defendant shall file a response to the Complaint on or before April 28, 2010.

                              __s/ Yvette Kane_____
                                      Yvette Kane, C.J.