UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JACK ARONS, | Case No: 1:10-CV-326 |
| | (Hon. Yvette Kane) |
| Plaintiff, | |
| -against- | |
| CARDWORKS SERVICING, LLC d/b/a PRESIDIO/CM, *et al.*, | |
| Defendants. | |

---

# **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant CardWorks Servicing, LLC, sued incorrectly herein as "CardWorks Servicing, LLC d/b/a Presidio/CM", certifies as follows:

CardWorks Servicing, LLC is a limited liability company which is privately held, and has no parent companies or subsidiaries that are publicly held.

s/Thomas W. Dymek
                                Thomas W. Dymek, Esquire (PA86248)
                                STRADLEY RONON STEVENS & YOUNG, LLP
                                2600 One Commerce Square
                                Philadelphia, PA  19103-7098
                                (215) 564-8000
                                (215) 564-8120 (facsimile)
                                tdymek@stradley.com

                                Attorneys for Defendant CardWorks Servicing,
                                LLC, incorrectly sued herein as "CardWorks
                                Servicing, LLC d/b/a Presidio/CM"

Of Counsel:

Daniel G. Gurfein, Esquire
Michael H. Gibson, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY  10169

Dated:  April 28, 2010

# CERTIFICATE OF SERVICE

I, Thomas W. Dymek, Esquire, certify that on April 28, 2010, I caused a true and correct copy of the foregoing to be served upon the following via ECF:

Brent F. Vullings, Esquire
WARREN & VULLINGS, LLP
1603 Rhawn Street
Philadelphia, PA 19111
brent@warrenvullingslaw.com


Mohammad A. Ghiasuddin, Esquire
KAPLIN STEWART MELOFF REITER & STEIN, P.C.
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422
mghiasuddin@kaplaw.com


John C. McNamara, Esquire
CHRISTIE, PABARUE, MORTENSEN & YOUNG
1880 John F. Kennedy Boulevard, 10th Floor
Philadelphia, PA 19103
jcmcnamara@cpmy.com


                                           s/Thomas W. Dymek
                                           Thomas W. Dymek, Esquire