# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACK ARONS,**<br>           **Plaintiff,**<br>  **vs.**<br><br><br>**CARDWORKS SERVICING, LLC<br>d/b/a PRESIDIO/CM**<br>          **and**<br><br>**EXPERIAN INFORMATION<br>SOLUTIONS, INC.,**<br>          **and**<br><br>**EXPERIAN INFORMATION<br>SERVICES, INC.,**<br>        **Defendant.** | **Case No. 1:10CV00326** |

## ORDER

AND NOW, this 14th  day of June, 2010 upon considering the motion to admit Jennifer G. Betts as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned action, it is hereby ordered that Jennifer G. Betts is admitted in this case as counsel *pro hac vice* for Experian.

BY THE COURT

__s/ Yvette Kane_____
J.