# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, <u>Michael Gibson</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: <u>Satterlee Stephens Burke & Burke LLP</u>

<u>230 Park Avenue, Suite 1130</u>

<u>New York, NY  10169</u>

Office Telephone: <u>(212) 818-9200</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

<u>United States District Court, Southern District of New York July 12, 2005</u>

<u>United States District Court, Eastern District of New York July 12, 2005</u>

<u>Bar of the State of New York,  July 2005</u>

My attorney Identification number is: <u>4274767 (NY)</u>

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

BEFORE JUDGE _____       Date: _____
　　　　　　　___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE

_____ SPECIAL ADMISSION:

GRANTED _____       Date: _____
　　　　　　　___ U.S. DISTRICT JUDGE ___ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

NONE

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __X__, LR 83.8.2.2 ____, LR 83.8.2.3 ____, or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am admitted to practice in the United States Courts identified on page 1, along with all New York State Courts. I am a member in good standing in each jurisdiction in which I am admitted to practice, and I am not subject to any disciplinary proceedings.

NAME THE PARTY YOU REPRESENT:

CardWorks Servicing, LLC

If special admission is requested for a particular case, please list case number and caption:

Case # Civil Action No. 1:10-cv-326

Caption # Arons v. CardWorks Servicing, LLC, et al.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Thomas W. Dymek, Attorney ID No. 86248, Stradley Ronon Stevens

& Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103

(215) 564-8053

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

4274767 (NY)
(Bar Identification Number)
August 19, 2010
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER  Michael Gibson