UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : 1:10-CV-326
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Michael Gibson, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Satterlee Stephens Burke & Burke LLP

230 Park Avenue, Suite 1130

New York, NY 10169

Office Telephone: (212) 818-9200

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

United States District Court, Southern District of New York July 12, 2005

United States District Court, Eastern District of New York July 12, 2005

Bar of the State of New York, July 2005

My attorney Identification number is: 4274767 (NY)

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____     Date: _____
          ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED  s/Yvette Kane                    Date: 8-27-2010
         ✓ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE