UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : Civil Action No. 10-cv-326
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Cara L. Hergenroether, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: King & Spalding LLP

1180 Peachtree Street

Atlanta, Georgia 30309

Office Telephone: (404) 572-4600

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State & Superior Courts for the State of Georgia (Nov. 3, 2003); U.S. District Court for the Northern District of Georgia (December 22, 2006); Georgia Supreme Court (May 5, 2008); 11th Circuit Court of Appeals (November 1, 2007); U.S. District Court for the District of Colorado (March 16, 2009)

My attorney identification number is: Georgia Bar No. 570753

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____  Date: _____
____U.S. DISTRICT JUDGE ____U.S. MAGISTRATE JUDGE

_____ SPECIAL ADMISSION:

GRANTED _____  Date: _____
____U.S. DISTRICT JUDGE ____U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

_____None_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

_____None_____

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

_____        General Admission under Local Rule LR 83.8.1

____X_____         Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am admitted to practice in the U.S. Courts identified on page 1 of this petition along with all Georgia state courts. I am a member of good standing in each jurisdiction in which I am admitted to practice, and I am not subject to any disciplinary proceedings.

NAME THE PARTY YOU REPRESENT:

_____Equifax Information Services LLC_____

If special admission is requested for a particular case, please list case number and caption:

Case # 1:10-cv-326_____

Caption # _____Arons v. CardWorks Servicing LLC, et al._____

I understand that:

1) If seeking admission under Section LR 83.8.2.2, L.R. 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

John C. McNamara
Christie Pabarue Mortensen and Young
1880 J.F.K. Boulevard - 10th Floor
Philadelphia, PA 19103
Pennsylvania Bar No. PA 18785

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

Georgia 570753
(Bar Identification Number)
September 8, 2010
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER ___Cara Hergenroether___