UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK ARONS ) | |
|     Plaintiff ) | Case Number: 10-326 |
|     vs. ) | |
| ) | |
| CARDWORKS SERVICING, LLC d/b/a ) | |
| PRESIDIO/CM, et al ) | |

## STIPULATION OF PARTIAL DISMISSAL
## AS TO DEFENDANT CARDWORKS SERVICING, LLC
## D/B/A PRESIDIO/CM

AND NOW, this 18th day of October, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice **as to defendant Cardworks Servicing, LLC, d/b/a Presidio/CM only.**

    Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff

    Satterlee Stephens Burke & Burke, LLP

BY: /s/ *Michael H. Gibson*
    Michael H. Gibson, Esquire
    Attorney for Defendant