IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK ARONS** | : | Civil Action No. 1:CV-10-326 |
| **Plaintiff** | : | |
| v. | : | (Chief Judge Kane) |
| **CARDWORKS SERVICING, LLC d/b/a PRESIDIO/CM, et al.** | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 26th day of October, 2010, upon consideration of the filing of a Stipulation of Partial Dismissal (Doc. No. 24), **IT IS ORDERED THAT** the defendant Cardworks Servicing, LLC, d/b/a Presidio/CM only is **DISMISSED** with prejudice.

s/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court